IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WINSTON EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv650-MHT |
| | ) | (WO) |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The court having been informed that the plaintiff's claims against defendant Trans Union, LLC have been settled, it is the ORDER, JUDGMENT, and DECREE of the court that the plaintiff's claims against defendant Trans Union, LLC are dismissed with prejudice and said defendant is terminated, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within

49 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated. All claims against all other defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 12th day of November, 2015.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE