IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WINSTON EDWARDS,                )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )          2:15cv650-MHT
                                )               (WO)
EXPERIAN INFORMATION            )
SOLUTIONS, INC., and            )
COMPASS BANK,                   )
                                )
     Defendants.                )
```

**JUDGMENT**

The court having been informed by the notice of settlement (doc. no. 35) that plaintiff Winston Edwards has reached a settlement with defendant Experian Information Solutions, Inc., it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's claims against defendant Experian Information Solutions, Inc., are dismissed with prejudice and said defendant is terminated as a party, with the parties to bear their own costs and with leave to the parties, within 90 days, to stipulate to a different basis for dismissal

or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 90 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 3rd day of March, 2016.

                /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE